**Inocencio PENA–ROMERO, Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 08–70699.**

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.\*

Filed June 9, 2010.

Nicholas W. Marchi, Carney & Marchi, PS, Seattle, WA, for Petitioner.

Jeffery R. Leist, Stacy Stiffel Paddack, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

## MEMORANDUM \*\*

Inocencio Pena–Romero, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the BIA's continuous physical presence determination. *Gutierrez v. Mukasey*, 521 F.3d 1114, 1116 (9th Cir.2008). We deny the petition for review.

Substantial evidence supports the BIA's determination that Pena–Romero did not meet the continuous physical presence requirement because he testified that he accepted voluntary departure in 1996, thereby interrupting his accrual of continuous physical presence in the United States.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*See id.* at 1117–18; *Vasquez–Lopez v. Ashcroft*, 343 F.3d 961, 974 (9th Cir.2003) (per curiam).

**PETITION FOR REVIEW DENIED.**